UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/18/2020
```

------------------------------------------------------------X

United States of America,

                                            13 **CR.** 48 (AJN)
                                            18 **CIVIL** 5050 (AJN)
                                            18 **CIVIL** 9280 (AJN)

## JUDGMENT

-against-

Royce Corley,

                    Defendant.

------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated August 11, 2020, Corley's motion for a new trial is DENIED, his petition for a writ of habeas corpus is DENIED, and his motion for a return of property is DENIED. Since Corley has not made a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue. See 28 U.S.C. § 2253(c)(2). The Court further finds pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from the Order would not be taken in good faith and, therefore, in forma pauperis status is denied for the purpose of an appeal. See Coppedge v. United States, 369 U.S. 438, 44445 (1962); accordingly, cases 18cv5050 and 18cv9280 are closed.

**DATED:** New York, New York
               August 18, 2020

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**

                        BY:

                                                        **Deputy Clerk**